**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6618**

———————

MICHAEL ANTHONY DUNCAN,

                                        Petitioner - Appellant,

        versus

BISHOP ROBINSON,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-97-692-JFM)

———————

Submitted:  August 14, 1997        Decided:  August 25, 1997

———————

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Anthony Duncan, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Duncan v. Robinson, No. CA-97-692-JFM (D. Md. Mar. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2